LOUISA FREEMAN, as Administratrix, etc., Appellant, *v.* THE GLENS FALLS PAPER MILLS COMPANY, Respondent.

(Argued March 19, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon

an order made July 8, 1893, which affirmed a judgment in favor of defendant entered upon a verdict.

*T. F. Hamilton* for appellant.

*J. S. L'Amoreaux* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.